# RETURN

☒ FILED  ☐ LODGED
May 02 2025
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Case No.:   25-05952MB

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 5-2-25 | 5-2-25  11:10AM | N/A |

INVENTORY MADE IN THE PRESENCE OF

W. Akins / D. Grossenbach

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

$5,000.00 US Currency

Packaging Material

## NOT EXECUTED

☐ This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 5-2-25

_____
Executing Officer's Signature

William P. Akins, Postal Inspector
Printed Name and Title